LAWYERS MORTGAGE COMPANY, Respondent, *v.* 330 WEST 72ND STREET CORPORATION et al., Defendants, and J. H. TAYLOR CONSTRUCTION Co., INC., Appellant.

(Submitted November 16, 1936; decided November 24, 1936.)

*Leopold K. Simon* for motion.

*Benjamin J. Rabin, Maurice Finkelstein* and *Gerald Blumberg* opposed.

Motion denied, with ten dollars costs and necessary necessary printing disbursements, on the ground the order is not a final order in a special proceeding.

In the Matter of DAVID MAYBERG, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Appellants.

(Submitted November 16, 1936; decided November 24, 1936.)

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 571.)